# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSEY R. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-572 |
| | ) | District Judge Arthur J. Schwab |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| L. ANTHONY BOMPIANI and RAYMOND DUPILKA, | ) | Re: ECF No. 26 |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this ___1st__ day of April, 2020, after Plaintiff Lindsey R. Wright ("Plaintiff") filed an action in the above-captioned case, and a Motion to Dismiss was filed by Defendant Raymond Dupilka, and after a Report and Recommendation was filed by United States Magistrate Judge Maureen P. Kelly giving the parties until March 23, 2020 to file written objections, and upon consideration of the Objections submitted by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, ECF No. 44, which is adopted as the opinion of the Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 26 is GRANTED IN PART and Plaintiff's claims for injunctive and declaratory relief are dismissed with prejudice. It is further ordered that this action is stayed and administratively closed until Plaintiff is acquitted of the underlying criminal charges or any resulting conviction is reversed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

SO ORDERED this 1st day of April, 2020.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Pro Se Plaintiff at address of record

All counsel of record via CM/ECF.